December 7, 2015

Abel Acosta, Clerk                          RE: Tr.Ct.No. W10-21198-U(A)
Court of Criminal Appeals                                 W10-55874-U(A)
P.O.Box 12308, Capital Station                            W09-73040-U(A)
Austin, Texas 78711                                       W09-20518-U(A)

                                            C.C.A.No. WR-82,653-01
                                                      WR-82,653-02
                                                      WR-82,653-03
                                                      WR-82,653-04


Dear Clerk,

I'm directing this letter to your office seeking a copy of
the docket sheet(s) in the above referenced cause numbers.

I'm requesting all entries of all filings submitted by me,
the dates of such filings, and the actions taken by the
Court.

Any attention and prompt response given to this request is
greatly appreciated.

Sincerely,

Terry C. Shelton
#480475 Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351



Cc: file